NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JOHN D. ELLIS (Cal. Bar No. 322922)
Assistant United States Attorneys
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2740
    Facsimile: (213) 894-0115
    E-mail: john.ellis3@usdoj.gov

Attorneys for the
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NAVREET THIND ET AL., | Civil No. 5:18-cv-02543-JGB-SHK |
| Plaintiffs, | Judgment |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The Court, having read and considered the parties' Stipulation for Entry of Judgment (Stipulation, ECF No. 20) filed July 12, 2019.

ORDERS, ADJUDGES, AND DECREES that as of April 15, 2016, there is an overpayment in the amount of $56,826 relating to Navreet Thind and Gurdish P. Singh's joint federal income tax return for the 2015 tax year. Statutory interest on the overpayment will accrue as provided by law until it is paid in full.

Dated: July 18, 2019

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE